# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| BUTAN VALLEY, N.V. | § | Bankruptcy Case No. 07-36856 |
|    Debtor | § | |
| ------------------------------------------------------ | | |
| | § | |
| OSAMA ALKASABI, | § | **CIVIL ACTION NO. H-09-0293** |
|    Appellant, | § | |

## MEMORANDUM AND ORDER

This matter is again before the Court on Osama Alkasabi's Notice of Appeal [Attachment 1 to Doc. # 1], seeking to appeal discovery and related rulings. This time, Alkasabi seeks to appeal United States Bankruptcy Judge Wesley W. Steen's "Findings, Reasons, and Conclusions for Order Denying Motion for Discovery (Doc. # 135) and Order for Scheduling Conference on Sanctions Under FRBP 9011 and Reimbursement Under 28 U.S.C. § 1926 and for Reimbursement and Other Relief Under 11 U.S.C. § 105" [Doc. # 150 in Bankruptcy Case No. 07-36956] and "Order Scheduling Hearing on Award of Costs and Sanctions (Doc. # 150)" [Doc. # 156 in Bankruptcy Case No. 07-36956]. For the reasons discussed in the Memorandum and Order entered in Civil Action No. 08-2499 [Doc. # 4] and in the Memorandum and Order entered in Civil Action No. 08-3514 [Doc. # 2], the Court finds that there is no

basis to allow an interlocutory appeal from the Orders at issue. Accordingly, it is hereby

**ORDERED** that Alkasabi's Notice of Appeal is **DISMISSED**.

SIGNED at Houston, Texas, this **2nd** day of **February, 2009.**

_____
Nancy F. Atlas
United States District Judge